UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>ALBERTO ALVARADO;<br>AKA "BETO";<br>ALFONSO ORTIZ;<br>AKA "40";<br>ANGELICA FLORES,<br>AKA "Cupcake";<br>YERLLY MALDONADO VEGA;<br>ANTHONY OCHOA;<br>JORGE PEREZ;<br>CARLOS MACIAS MANZO;<br>LORRAINE RENTERIA;<br>FRANCISCO GARCIA;<br>AKA "CISCO";<br>CORY JAY DONALDSON;<br>ADAM SAHAGUN;<br>JOSHUA BROCK;<br>ALEJANDRO HERNANDEZ DIARTE;<br>CORNELL HICKS;<br>LANDON JONES;<br>WILLIAM BOSMA;<br>ARNOLD HUERTA;<br>JENNIFER HUERTA;<br>EDGAR ROBLES;<br>PRISCILLA PITTS;<br>JAMES MELO;<br>JESUS MARIN; | CASE NO. 1:24-MJ-27<br><br>ORDER UNSEALING COMPLAINT |

MARIE QUAADMAN,
                        Defendants.

Good cause due to the defendants; pending appearances on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint and Arrest Warrants for the above-captioned case, be UNSEALED.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

UNITED STATES MAGISTRATE JUDGE